# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENDELL F. WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3186** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: "S"(5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. In his objections, the plaintiff asserts that he is suing the defendants in their official and individual capacities, but does not identify the defendants who are sued in their individual capacity or the claims against them.

**IT IS ORDERED** that plaintiff's federal claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of June, 2009.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE